148

723 A.2d 173

David J. AIELLO and Victor C. Aiello, individually and as Co–Trustees of the Ridgway Television Company, Inc. (Defined Benefit and Money Purchase Pension Plans) and U.S. Coal Company, Inc., Appellants,

v.

PENNSYLVANIA INSURANCE COMMISSION as Liquidator of United Surety & Financial Guaranty Co., M. Diane Koken, Insurance Commissioner of the Commonwealth of Pennsylvania, in her capacity as Statutory Liquidator of United Surety and Financial Guaranty Company (In Liquidation)

v.

David J. Aiello and Victor C. Aiello, individually and as Co–Trustees of the Ridway Television Company, Inc. (Defined Money Purchase Pension Plans); U.S. Coal Company, Inc. and Becker Coal Company, Inc., Appellants.

Nos. 116, 117 Middle District Appeal Docket 1998.

Supreme Court of Pennsylvania.

Jan. 21, 1999.

*ORDER*

PER CURIAM.

AND NOW, this 21st day of January, 1999, the above captioned appeals are quashed as untimely.